

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Harry E. Bundy Jr. v. Adesa Houston d/b/a Adesa Inc.

Appellate case number:    01-17-00863-CV

Trial court case number:   2016-87130

Trial court:                 129th District Court of Harris County

On February 20, 2018, appellant, Harry E. Bundy Jr., filed a pro se brief. After a review of this brief, it is non-compliant because the text of the substance of the brief, starting on page 5, is single-spaced instead of double-spaced, as required. *See* TEX. R. APP. P. 9.4(d). Also, while hyperlinks for both citations and to the record are not required by the rules and the brief contains working hyperlinks to the reporter's record attached to the brief, the brief does not contain any bookmarks or a cover page for the appendix. *See id.* 9.4(h) (stating that "[a]n electronically filed record in . . . an electronically filed appendix that includes more than one item must contain bookmarks to assist in locating each item); 38.1(k)(2) (stating that "appendix may contain . . . excerpts from the reporter's record, and similar materials."). Further, the brief contains several hyperlinks to the district clerk's website, instead of bookmarks/hyperlinks to the record.

Accordingly, the Court sua sponte **STRIKES** this brief because it does not comply with Rules 9.4 and 38.1. *See* TEX. R. APP. P. 9.4(k) ("If a document fails to conform with these rules, the court may strike the document . . . and permit the party to resubmit the document in a conforming format by a specified deadline). The Court **ORDERS** the brief redrawn **within 30 days from the date of this order** with double-spacing for the substance of the brief and, if hyperlinks are used, links should be to bookmarks, an appendix, or to the clerk's record. *See id.* 9.4(d), (h), 38.1(k)(2).[1]

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

             ☑ Acting individually    ☐ Acting for the Court

Date: February 27, 2018

---

[1] *See, e.g.*, *Guide to Creating Electronic Appellate Briefs*, available at http://www.txcourts.gov/media/124903/guidetocreatingelectronicappellatebriefs.pdf (last viewed on Feb. 20, 2018).